IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOHN H. SASSER, ) | |
|     Petitioner, ) | Civil Action No. 7:16-cv-00333 |
| v. ) | |
| ) | By:  Elizabeth K. Dillon |
| DIRECTOR, ) | United States District Judge |
| VIRGINIA DEPARTMENT ) | |
| OF CORRECTIONS, ) | |
|     Respondent. ) | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that respondent's motion to dismiss (Dkt. No. 11) is GRANTED, Sasser's 28 U.S.C. § 2254 petition is DISMISSED, and this action is STRICKEN from the active docket of the court.

Further, finding that Sasser has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is DENIED.

The Clerk is directed to send copies of this order and accompanying memorandum opinion to all counsel of record and to Mr. Sasser, petitioner.

Entered: July 28, 2017.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge